UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. _____

KERRY ODOM,

    Plaintiff,             LOWER TRIBUNAL CASE NO. 2023-CA-000845

v.

CITY OF LYNN HAVEN, et al.

    Defendant.

_____/

## NOTICE OF REMOVAL

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION**

Defendant CITY OF LYNN HAVEN, pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, gives this Notice of Removal of an action pending before the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, and states:

### I.   Procedural Allegations:

1.    Plaintiff sued the Defendants in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, Case No: 2023-CA-000845. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as

Composite Exhibits 1, 2 and 3.

2.      Plaintiff served Defendant CITY OF LYNN HAVEN on October 22, 2025. This Removal is timely filed under 28 U.S.C. §1446(b).

3.      A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

## II.    <u>Federal Jurisdiction</u>:

4.      Plaintiff brings a claim under Section 1983 for False Arrest and Malicious Prosecution. This Court has original jurisdiction over the federal claim pursuant to 28 U.S.C. § 1331 and § 1343(a) and 29 U.S.C. § 1370.

**WHEREFORE**, Defendant CITY OF LYNN HAVEN requests that the claim in the referenced action be removed to this Court.

Respectfully submitted this <u>30th</u> day of October 2025.

*/s/ William B. Armistead*



William B. Armistead (FBN: 88535)
Robert A. Karst (FBN: 1011012)
warmistead@coppinsmonroe.com
rkarst@coppinsmonroe.com
bmiller@coppinsmonroe.com
kwillis@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
THE CITY OF LYNN HAVEN

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ William B. Armistead*